```
PHILLIP A. TALBERT
United States Attorney
KERRY BLACKBURN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ANTONIO VIGIL,<br>    aka "NEGRO," and<br>EDUARDO MARTINEZ,<br>    aka "PACO,"<br>    aka "EDDIE,"<br>    aka "ALFRED,"<br>    aka "PACQUITO,"<br><br>                    Defendants. | CASE NO. 2:24-CR-00065 DAD<br><br>STIPULATION REGARDING RESETTING OF STATUS CONFERENCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 13, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

The United States of America, by and through Assistant United States Attorney Kerry Blackburn, together with Julissa Echevarria, counsel for defendant Antonio Vigil; and Vivian A. Mejia, counsel for defendant Eduardo Martinez, hereby stipulate as follows:

1. The Indictment was returned on March 21, 2024, and the Honorable Daniel J. Calabretta assigned.

2. By previous order, on March 26, 2024, this matter was set for status on June 20, 2024, with an exclusion of time, under Local Code T4.

3. On April 17, 2024, the matter was reassigned to the Honorable Dale A. Drozd, the status

conference was vacated, and the United States was directed to reschedule the status conference.

4. By this stipulation, all defendants move to continue the status conferences to August 13, 2024.

5. The Government and Defense Counsel, stipulate to exclude time between June 20, 2024, and August 13, 2024, inclusive, under Local Code T4.

6. The Government and Defense Counsel agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes law enforcement reports, lab reports, search warrants, photographs, and recordings. Initial disclosures have been made available to Defense Counsel.

    b) Defense Counsel desires additional time to consult with their clients, to review and copy discovery for this matter, and to otherwise prepare for trial.

    c) Defense Counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The Government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendants in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 20, 2024, through August 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defense Counsel's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 26, 2024                                PHILLIP A. TALBERT
                                                     United States Attorney

                                                     /s/ KERRY BLACKBURN
                                                     KERRY BLACKBURN
                                                     Assistant United States Attorney

Dated:  April 26, 2024                                /s/ JULISSA ECHEVERRIA
                                                     JULISSA ECHEVERRIA
                                                     Counsel for Defendant
                                                     ANTONIO VIGIL

Dated:  April 26, 2024                                /s/ VIVIAN A. MEJIA
                                                     VIVIAN A. MEJIA
                                                     Counsel for Defendant
                                                     EDUARDO MARTINEZ

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference in this case is continued to August 13, 2024 at 9:30 a.m. and time is excluded between June 20, 2024, and August 13, 2024, inclusive, under Local Code T4.

IT IS SO ORDERED.

Dated:  **April 29, 2024**                           _____
                                                     DALE A. DROZD
                                                     UNITED STATES DISTRICT JUDGE