Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270
etan@zaitsulaw.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff,<br>　　v.<br>ANTONIO VIGIL,<br>EDUARDO MARTINEZ,<br>ANTHONY PHAN,<br>JOSE SERGIO GODINEZ,<br>ALFREDO ALBOR JR.,<br>JOSE FEDERICO ANGULO BARRERA,<br>ERNIE HERNANDEZ,<br>ALBARO ALBERTO GONZALEZ MORENO,<br>DULCE GUADALUPE MEDINA,<br>JESUS SUAREZ,<br>VICTOR CALDERON, AND<br>JACOB WESLEY BLACKWOOD,<br>　　　　　　　　　　Defendants. | Case No.: 2:24-CR-00065 DAD<br><br>**STIPULATION AND ORDER FOR CONTINUANCE** |

## STIPULATION

The United States of America, by and through its counsel of record, together with the Defendants named in the above caption, by and through their counsel of record (hereafter "the parties"), hereby stipulate as follows:

1.　This case began with the filing of a Complaint against defendants Antonio Vigil and Eduardo Martinez on March 6, 2024. Dkt. 1, Mar. 6. Indictment and Arraignment followed

1

**Stipulation and Order**

on a few weeks later. Dkt. 1, Mar. 21; Dkt. 3, Mar. 26. The government filed two more Complaints on June 20, 2024, naming the other 10 defendants in this case. Dkt 7, Jun. 20. The Superseding Indictment filed June 27, 2024, names all defendants together in the same charging document. Dkt. 26.

    2.    The defendants were arraigned on the charges in the Superseding Indictment on July 3, 2024. Dkt. 40. At the hearing, defendant Victor Calderon, through counsel, objected to the government's motion to exclude time under the Speedy Trial Act. The Court overruled Calderon's objection, ordering time waived for all defendants under Local Code T4 up to the date of the next Status Conference that was previously set for Antonio Vigil and Eduardo Martinez. At the end of the hearing, the Court set the current Status Conference on August 13, 2024.

    3.    The parties now stipulate and move to continue the status conference to August 27, 2024, and to exclude time between August 13, 2024, and August 27, 2024, under Local Code T4.

    4.    In support of this request, the parties agree and stipulate, and request that the Court find the following:

    a)    The government represents that the discovery associated with this case includes law enforcement reports, lab reports, search warrants, photographs, and recordings. The government produced an initial batch of this discovery to defendants Vigil and Martinez, who were the only defendants charged in the case at the time of production. Since then, the government has made discovery available for review by appointment at the U.S. Attorney's Office. The government has not otherwise produced discovery to defendants or their counsel.

    b)    On July 3, 2024, counsel for defendant Victor Calderon, notified the government of his intent to offer amendments to the government's protective order proposal by July 8, 2024. Counsel, however, was not able to submit his amendments until July 31, 2024. On August 9, 2024, the government rejected defense counsel's proposed amendments.

    c)    Also on Friday August 9, 2024, the attorney for the government explained to the parties why discovery had not been produced. It is the government's position that Local

2

**Stipulation and Order**

1  Rule 141.1 requires unanimous assent by all parties named in the case to a single protective order
2  that applies equally to all parties before the proposal can be filed for a decision with the Court.
3  Therefore, since unanimity could not be reached with respect to the government's proposed
4  protective order, the government has not produced discoverable material to 10 of the 12 defense
5  attorneys in this case.

6           d)      As it stands currently, all but one party will agree to the language and
7  terms of the government's proposed protective order.

8           e)      The attorney for the government has represented that she is preparing to
9  file a motion for a protective order.

10          f)      For these reasons, the parties agree that a 2-week continuance under these
11 circumstances is appropriate and necessary to ensure the parties have sufficient time to reach or
12 work toward a resolution.

13          g)      The parties also agree that failure to grant the above-requested
14 continuance would deny them the reasonable time necessary for effective preparation, taking
15 into account the exercise of due diligence.

16          h)      Based on the above-stated findings, the ends of justice served by
17 continuing the case as requested outweigh the interest of the public and the Defendants in a trial
18 within the original date prescribed by the Speedy Trial Act.

20 IT IS SO STIPULATED.

21                                                      Respectfully submitted,

23 Dated:  August 10, 2024                              /s/ ETAN ZAITSU
                                                        ETAN ZAITSU
24                                                      Attorney for Defendant
                                                        VICTOR CALDERON

26 Dated:  August 10, 2024                              /s/ TODD DAVID LERAS
                                                        TODD DAVID LERAS
27                                                      Attorney for Defendant
28                                                      ANTHONY PHAN

**Stipulation and Order**

Dated: August 10, 2024 /s/ MARTIN A. JONES
MARTIN A. JONES
Attorney for Defendant
JOSE SERGIO GODINEZ

Dated: August 10, 2024 /s/ SHARI G. RUSK
SHARI G. RUSK
Attorney for Defendant
ALFREDO ALBOR

Dated: August 10, 2024 /s/ TONI LASHAY WHITE
TONI LASHAY WHITE
Attorney for Defendant
JOSE FEDERICO ANGULO BARRERA

Dated: August 10, 2024 /s/ OLAF WILLIAM HEDBERG
OLAF WILLIAM HEDBERG
Attorney for Defendant
ERNIE HERNANDEZ

Dated: August 10, 2024 /s/ JEFFREY EUGENE ELLIOTT
JEFFREY EUGENE ELLIOTT
Attorney for Defendant
ALBARO ALBERTO GONZALEZ MORENO

Dated: August 10, 2024 /s/ DANICA MAZENKO
DANICA MAZENKO
Attorney for Defendant
DULCE GUADALUPE MEDINA

Dated: August 10, 2024 /s/VIVIAN A. MEJIA
VIVIAN A. MEJIA
Counsel for Defendant
EDUARDO MARTINEZ

Dated: August 10, 2024 /s/ JULISSA ECHEVERRIA
JULISSA ECHEVERRIA
Counsel for Defendant
ANTONIO VIGIL

4

**Stipulation and Order**

Dated: August 10, 2024

/s/ KYLE RODGER KNAPP
KYLE RODGER KNAPP
Counsel for Defendant
JESUS SUAREZ

Dated: August 10, 2024

/s/ CHRISTOPHER RICHARD COSCA
CHRISTOPHER RICHARD COSCA
Counsel for Defendant
JACOB WESLEY BLACKWOOD

Dated: August 10, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KERRY BLACKBURN
KERRY BLACKBURN
Assistant United States Attorney

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference in this case is continued to August 27, 2024, at 9:30 a.m. Time is excluded between August 13, 2024, and August 27, 2024, inclusive, under Local Code T4.  **In addition, the court observes that if there is a dispute between the parties regarding the terms of any protective order governing the discovery produced in this case or as to the scope of discovery being produced, such disputes should be taken up initially with and resolved by the duty magistrate judge.**  See **Local Rule 302(b)(1).**

IT IS SO ORDERED.

Dated:  **August 12, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

5

**Stipulation and Order**

**Stipulation and Order**