1  Etan Zaitsu [SBN 287106]
2  Attorney-at-Law

3  Zaitsu Law
4  331 J Street, Suite 200
   Sacramento, CA  95814
5  916.542.0270
   etan@zaitsulaw.com

6

7  **IN THE UNITED STATES DISTRICT COURT**

8  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 | UNITED STATES OF AMERICA, | Case No.: 2:24-CR-00065 DAD |
11 |                   Plaintiff, | |
   |         v.                 | **STIPULATION AND ORDER FOR CONTINUANCE** |
12 | ANTONIO VIGIL,             | |
13 | EDUARDO MARTINEZ,          | |
   | ANTHONY PHAN,              | |
14 | JOSE SERGIO GODINEZ,       | |
15 | ALFREDO ALBOR JR.,         | |
   | JOSE FEDERICO ANGULO BARRERA, | |
16 | ERNIE HERNANDEZ,           | |
17 | ALBARO ALBERTO GONZALEZ MORENO, | |
18 | DULCE GUADALUPE MEDINA,    | |
   | JESUS SUAREZ,              | |
19 | VICTOR CALDERON, AND       | |
20 | JACOB WESLEY BLACKWOOD,    | |
   |                   Defendants. | |

21

22

23                          **STIPULATION**

24      The United States of America, by and through its counsel of record, together with the

25 Defendants named in the above caption, by and through their counsel of record (hereafter "the

26 parties"), hereby stipulate as follows:

27      1.      This case began with the filing of a Complaint against defendants Antonio Vigil

28 and Eduardo Martinez on March 6, 2024. Dkt. 1, Mar. 6. Indictment and Arraignment followed

**Stipulation and Order**

a few weeks later. Dkt. 1, Mar. 21; Dkt. 3, Mar. 26. The government filed two more Complaints on June 20, 2024, naming the other 10 defendants in this case. Dkt 7, Jun. 20. The Superseding Indictment filed June 27, 2024, names all defendants together in the same charging document. Dkt. 26.

2. The defendants were arraigned on the charges in the Superseding Indictment on July 3, 2024. Dkt. 40. At the hearing, defendant Victor Calderon, through counsel, objected to the government's motion to exclude time under the Speedy Trial Act. The Court overruled Calderon's objection, ordering time waived for all defendants under Local Code T4 up to the date of the next Status Conference. At the end of the hearing, the Court set the next Status Conference on August 13, 2024.

3. Thereafter, the government sought defense counsels' agreement to its proposed protective order which if approved would place strict limits on possession and dissemination of discovery containing PII and other confidential information of third parties as well as material containing information that could more easily identify undercover agents and confidential sources. All but defendant Calderon's undersigned attorney agreed to the government's proposal. The attorney for the government thereafter filed a motion for a protective order to be heard on August 26, 2024, at 2pm. At the same time, the parties agreed to continue the Status Conference to August 27, 2024.

4. Since then, Calderon's attorney has agreed by stipulation to the government's proposed protective order. The govenrment will be filing a motion to withdraw its motion today, August 26, 2024.

5. The parties now stipulate and move to continue the status conference to December 3, 2024, and to exclude time between August 27, 2024, and December 3, 2024, under Local Code T4.

6. In support of this request, the parties agree and stipulate, and request that the Court find the following:

   a) The government represents that the discovery associated with this case

2

**Stipulation and Order**

includes significant sealed court process and search warrant documentation, financial documents, law enforcement reports, lab reports, photographs, and wiretap recordings. Documentation may reach 22,000 pages or more. The government produced an initial batch of this discovery to defendants Vigil and Martinez, who were the only defendants charged in the case at the time of production. Since then, the government has made discovery available for review by appointment at the U.S. Attorney's Office. Otherwise, no other discovery has been produced.

      b)      The government is hoping that approximately 600 pages of discovery will be available to all defendants today, August 26, 2024. The government will also be working swiftly to produce the rest of the discovery it can provide before the next scheduled Status Conference. Due to the volume of the discovery, defense counsel will be required to provide the government with a large capacity external storage device at such time the government is ready to produce the material.

      c)      The parties now agree to and request a continuance of the Status conference to December 3, 2024. The government understands its obligation to produce discovery, while defense counsel needs time to review discovery, consult with their respective clients, begin their own investigations of the charges, including conducting witness interviews, and to otherwise prepare for trial.

      d)      The parties also agree that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendants in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO STIPULATED.

                                                          Respectfully submitted,

**Stipulation and Order**

| | | |
|---|---|---|
| 1 | Dated:  August 10, 2024 | /s/ ETAN ZAITSU |
| 2 | | ETAN ZAITSU |
| | | Attorney for Defendant |
| 3 | | VICTOR CALDERON |
| 4 | | |
| 5 | Dated:  August 10, 2024 | /s/ TODD DAVID LERAS |
| | | TODD DAVID LERAS |
| 6 | | Attorney for Defendant |
| 7 | | ANTHONY PHAN |
| 8 | Dated:  August 10, 2024 | /s/ MARTIN A. JONES |
| 9 | | MARTIN A. JONES |
| | | Attorney for Defendant |
| 10 | | JOSE SERGIO GODINEZ |
| 11 | | |
| 12 | Dated:  August 10, 2024 | /s/ SHARI G. RUSK |
| | | SHARI G. RUSK |
| 13 | | Attorney for Defendant |
| 14 | | ALFREDO ALBOR |
| 15 | | |
| 16 | Dated:  August 10, 2024 | /s/ TONI LASHAY WHITE |
| | | TONI LASHAY WHITE |
| 17 | | Attorney for Defendant |
| 18 | | JOSE FEDERICO ANGULO BARRERA |
| 19 | Dated:  August 10, 2024 | /s/ OLAF WILLIAM HEDBERG |
| 20 | | OLAF WILLIAM HEDBERG |
| | | Attorney for Defendant |
| 21 | | ERNIE HERNANDEZ |
| 22 | | |
| 23 | Dated:  August 10, 2024 | /s/ JEFFREY EUGENE ELLIOTT |
| | | JEFFREY EUGENE ELLIOTT |
| 24 | | Attorney for Defendant |
| 25 | | ALBARO ALBERTO GONZALEZ MORENO |
| 26 | | |
| | Dated:  August 10, 2024 | /s/ DANICA MAZENKO |
| 27 | | DANICA MAZENKO |
| 28 | | Attorney for Defendant |
| | | DULCE GUADALUPE MEDINA |

**Stipulation and Order**

Dated: August 10, 2024  /s/VIVIAN A. MEJIA
VIVIAN A. MEJIA
Counsel for Defendant
EDUARDO MARTINEZ

Dated: August 10, 2024  /s/ JULISSA ECHEVERRIA
JULISSA ECHEVERRIA
Counsel for Defendant
ANTONIO VIGIL

Dated: August 10, 2024  /s/ KYLE RODGER KNAPP
KYLE RODGER KNAPP
Counsel for Defendant
JESUS SUAREZ

Dated: August 10, 2024  /s/ CHRISTOPHER RICHARD COSCA
CHRISTOPHER RICHARD COSCA
Counsel for Defendant
JACOB WESLEY BLACKWOOD

Dated: August 10, 2024  PHILLIP A. TALBERT
United States Attorney

/s/ KERRY BLACKBURN
KERRY BLACKBURN
Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference in this case is continued to December 3, 2024, at 9:30 a.m. Time is excluded between August 27, 2024, and December 3, 2024, inclusive, under Local Code T4.

IT IS SO ORDERED.

Dated: **August 26, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

5

**Stipulation and Order**

**Stipulation and Order**