PHILLIP A. TALBERT
United States Attorney
KERRY BLACKBURN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-0065 DAD |
| Plaintiff, | STIPULATION REGARDING RESETTING OF STATUS CONFERENCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ANTONIO VIGIL,<br>    aka, "NEGRO,"<br>EDUARDO MARTINEZ,<br>    aka, "PACO,"<br>    aka, "EDDIE,"<br>    aka, "ALFRED,"<br>    aka, "PACQUITO,"<br>ANTHONY PHAN,<br>    aka, "CHINO,"<br>JOSE SERGIO GODINEZ,<br>    aka, "JOEY,"<br>    aka, "BIGGZ,"<br>ALFREDO ALBOR JR.,<br>    aka "BONES,"<br>    aka "ALFRED,"<br>JOSE FEDERICO ANGULO BARRERA,<br>    aka "FEDERICO,"<br>ERNIE HERNANDEZ,<br>ALBARO ALBERTO GONZALEZ MORENO,<br>DULCE GUADALUPE MEDINA,<br>JESUS SUAREZ,<br>VICTOR CALDERON,<br>    aka, "BIG VIC," and<br>JACOB WESLEY BLACKWOOD, | DATE: December 3, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendants. | |

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

**STIPULATION**

The United States of America, by and through Assistant United States Attorney Kerry Blackburn, together with Mike Hansen, counsel for defendant Antonio Vigil; Vivian A. Mejia, counsel for defendant Eduardo Martinez; Todd Leras, counsel for defendant Anthony Phan; Martin Jones, counsel for Jose Sergio Godinez; Shari Rusk and John Balazs, counsel for Alfredo Albor Jr.; Toni White, counsel for Jose Federico Angulo Barrera; Robert Darrohn, counsel for Ernie Hernandez; Jeff Elliott, counsel for Albaro Alberto Gonzalez Moreno; Danica Mazenko, counsel for Dulce Guadalupe Medina; Kyle Knapp, counsel for Jesus Suarez; and Etan Zaitsu, counsel for Victor Calderon[1] hereby stipulate as follows:

1. The Indictment was returned on March 21, 2024, and the Honorable Daniel J. Calabretta assigned.

2. On April 17, 2024, the matter was reassigned to the Honorable Dale A. Drozd.

3. By prior stipulation, all defendants, through counsel, moved to continue the status conferences to December 3, 2024.

4. The Government and Defense Counsel, stipulate to exclude time between December 3, 2024, and February 24, 2025, inclusive, under Local Code T4.

5. Based on the amount of additional discovery discussed in 6(a) below, the Government and Defense Counsel, stipulate to exclude time between December 3, 2024, and February 24, 2025, inclusive, under Local Code T2 as well.

6. The Government and Defense Counsel agree and stipulate, and request that the Court find the following:

   a) The government has provided initial discovery in this matter. A substantial additional amount of discovery, approximately one terabyte of data, including law enforcement reports, lab reports, search warrants, photographs, and recordings should be produced to all counsel on or about December 3, 2024. During compilation of this additional discovery, the government also anticipates that additional discovery will be produced after this time as well.

---

[1] Chris Cosca was appointed to represent Jacob Wesley Blackwood. Blackwood absconded from pretrial supervision on July 19, 2024, and a warrant was issued for his arrest. Doc. 41. That warrant is outstanding. Based on that, Mr. Cosca is not part of this stipulation.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Prior counsel for Antonio Vigil filed a motion to withdraw and new counsel, Mike Hansen, was appointed. The Court approved Mr. Hansen's substitution of counsel this week and a protective order for discovery as to Mr. Hansen on November 21, 2024. Docs. 69, 72.

      b)     Defense Counsel desires additional time to consult with their clients, to review and copy discovery for this matter, and to otherwise prepare for trial.

      c)     Defense Counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The Government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendants in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 3, 2024, through February 24, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Codes T2 and T4] because it results from a continuance granted by the Court at Defense Counsel's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 21, 2024                    PHILLIP A. TALBERT
                                                      United States Attorney

                                                      /s/ Kerry Blackburn
                                                      Kerry Blackburn
                                                      Assistant United States Attorney

| | |
|---|---|
| Dated: November 21, 2024 | /s/ Mike Hansen<br>MIKE HANSEN<br>Counsel for Defendant<br>ANTONIO VIGIL |
| Dated: November 22, 2024 | /s/ Vivian A. Mejia<br>VIVIAN A. MEJIA<br>Counsel for Defendant<br>EDUARDO MARTINEZ |
| Dated: November 21, 2024 | /s/ Todd Leras<br>TODD LERAS<br>Counsel for Defendant<br>ANTHONY PHAN |
| Dated: November 21, 2024 | /s/ Martin Jones<br>MARTIN JONES<br>Counsel for Defendant<br>JOSE SERGIO GODINEZ |
| Dated: November 22, 2024 | /s/ Shari Rusk<br>SHARI RUSK<br>Counsel for Defendant<br>ALFREDO ALBOR JR. |
| Dated: November 21, 2024 | /s/ Toni White<br>TONI WHITE<br>Counsel for Defendant<br>JOSE FEDERICO ANGULO BARRERA |
| Dated: November 22, 2024 | /s/ Robert Darrohn<br>ROBERT DARROHN<br>Counsel for Defendant<br>ERNIE HERNANDEZ |
| Dated: November 22, 2024 | /s/ Jeff Elliott<br>JEFF ELLIOTT<br>Counsel for Defendant<br>ALBARO ALBERTO GONZALEZ MORENO |

///

///

///

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4

| | |
|---|---|
| Dated: November 21, 2024 | /s/ Danica Mazenko<br>DANICA MAZENKO<br>Counsel for Defendant<br>DULCE GUADALUPE MEDINA |
| Dated: November 21, 2024 | /s/ Kyle Knapp<br>KYLE KNAPP<br>Counsel for Defendant<br>JESUS SUAREZ |
| Dated: November 22, 2024 | /s/ Etan Zaitsu<br>ETAN ZAITSU<br>Counsel for Defendant<br>VICTOR CALDERON |

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for December 3, 2024, is continued to February 24, 2025, at 9:30 a.m. and time is excluded between December 3, 2024, and February 24, 2025, inclusive, under Local Codes T2 and T4.

IT IS SO ORDERED.

Dated: **November 22, 2024**       _/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE