Michael E. Hansen [SBN 191737]
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for ANTONIO VIGIL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-00065 DAD |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT'S ORDER FOR RELEASE FROM CUSTODY TO VISIT TERMINALLY ILL FATHER** |
| ANTONIO VIGIL, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT private investigator Martin Whited pick-up Mr. Antonio Vigil, from the Colusa County jail at 929 Bridge Street, Colusa, CA, at 9:00 a.m. on January 29, 2025, and return Mr. Vigil to the Colusa County jail at 929 Bridge Street, Colusa, CA by 5:00 p.m. on the same day.

IT IS FURTHER ORDERED THAT investigator Martin Whited drive defendant Antonio Vigil directly to 3725 Arizona Avenue, Riverbank, CA, to visit his terminally ill father.

IT IS FURTHER ORDERED that Antonio Vigil always be in the company of investigator Martin Whited until Antonio Vigil is returned to the Colusa County jail.

IT IS FURTHER ORDERED that Antonio Vigil consume no alcohol or drugs at any time on January 29, 2025.

**Defendant's Motion for Temporary Release**

IT IS SO FOUND AND ORDERED

Dated: January 23, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**Defendant's Motion for Temporary Release**