UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 27, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-cr-0065 DAD-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY** |
| ANTONIO VIGIL | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Choose an item. Case No. 2:24-cr-0065 DAD-1 Charges 21 USC § 841(a)(1) from custody for the following reasons:

____   Release on Personal Recognizance

____   Bail Posted in the Sum of $ _____

    ____   Unsecured Appearance Bond $ _____

    ____   Appearance Bond with 10% Deposit

    ____   Appearance Bond with Surety

    ____   Corporate Surety Bail Bond

  X   (Other): Temporary release on 1/29/2025 9:00 AM to the care of Martin Whited. Defendant is to return to Colusa County Jail by 5:00 PM on 1/29/2025.

Issued at Sacramento, California on January 27, 2025 at 1:20 PM

Dated: January 27, 2025

*Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE