1  LAW OFFICE OF TODD D. LERAS
2  Todd D. Leras, CA SBN 145666
   455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  ANTHONY PHAN

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                | Case No.: 2:24-cr-065 DAD
12 |          Plaintiff,                      |
13 |                                          |
   | vs.                                      | STIPULATION AND ORDER
14 |                                          | CONTINUING STATUS CONFERENCE
   | ANTONIO VIGIL, EDUARDO MARTINEZ,         | AND EXCLUDING TIME UNDER THE
15 | ANTHONY PHAN, JOSE SERGIO                | SPEEDY TRIAL ACT
16 | GODINEZ, ALFREDO ALBOR, JR., JOSE        |
   | FEDERICO ANGULO BARRERA, ERNIE           | Date:   February 24, 2024
17 | HERNANDEZ, ALBARO ALBERTO                | Time:   9:30 a.m.
   | GONZALEZ MORENO, DULCE                   | Court:  Hon. Dale A. Drozd
18 | GUADALUPE MEDINA, VICTOR                 |
19 | CALDERON, and JESUS SUAREZ,              |
20 |          Defendants.                     |

21

22

23

24        Plaintiff United States of America by and through Assistant United States Attorney Ross

25 Pearson, and Attorney Michael Hansen on behalf of Defendant Antonio Vigil, Attorney Vivian

26 Ann Mejia on behalf of Defendant Eduardo Martinez, Attorney Todd Leras on behalf of

27

28 ORDER CONTINUING STATUS
   CONFERENCE

Defendant Anthony Phan, Attorney Martin Jones on behalf of Defendant Jose Sergio Godinez, Attorney Shari Rusk on behalf of Defendant Alfredo Albor, Jr., Attorney Toni White on behalf of Defendant Jose Federico Angulo Berrera, Attorney Robert Darrohn on behalf of Defendant Ernie Hernandez, Attorney Jeffrey Elliott on behalf of Defendant Albaro Alberto Gonzalez Moreno, Attorney Danica Mazenko on behalf of Defendant Dulce Guadalupe Medina, Attorney Etan Zaitsu on behalf of Defendant Victor Calderon, and Attorney Kyle Knapp on behalf of Defendant Jesus Suarez, stipulate as follows:

1. This matter is set for a status conference on February 24, 2025.  Defendants move to continue the status conference to May 5, 2025.  Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., and Local Codes T-2 (case complexity) and T-4 (attorney preparation) up to and including February 24, 2025. (ECF Document 74).

2. This case alleges the existence of a drug distribution conspiracy based out of Stanislaus County.  The events charged in this case occurred from March 2023 to June 18, 2024.  The conspiracy involved distribution of cocaine, fentanyl, heroin, and methamphetamine.  The FBI's investigation included use of several rounds of Court-authorized wiretaps on telephones associated with participants in the drug distribution conspiracy.  The case includes a charge that Defendants Vigil, Martinez, Anthony Phan, and Jose Godinez conspired to participate in a Hobbs Act Robbery.

3. The government initiated criminal charges against Defendants Antonio Vigil and Eduardo Martinez by a Criminal Complaint and Supporting Affidavit filed on March 6, 2024.  (ECF Document 1 in Case No. 2:24-mj-024 CKD).  The grand jury returned

ORDER CONTINUING STATUS
CONFERENCE

a four-count Indictment against these same two Defendants on March 21, 2024. (ECF Document 1 in Case No. 2:24-cr-065 DAD).  A Superseding Indictment, expanding the number of Defendants from two to twelve, and the number of charged offenses from four to twenty-two, was filed on June 27, 2024.  (ECF Document 26).

4. The ten Defendants added in the Superseding Indictment have appeared and been arraigned.  Defendant Jacob Wesley Blackwood presently has a bench warrant for his arrest due to failure to appear at the Pretrial Services Office as ordered by United States Magistrate Judge Allison Claire (ECF Document 41).  Discovery in the case is subject to a protective order, the terms of which the parties worked out during the period from August 12, 2024, to November 21, 2024.  (ECF Entries 55, 57, 64, 65, 71, and 72).

5. This case has previously been deemed complex, in part, based on the investigative procedures used (including court authorized interceptions of telephone calls) and the volume of discovery which currently consists of more than 20,000 pages of materials. The discovery includes written law enforcement reports, line sheets, photographs, audio and videotapes, and other materials produced during the investigation.  The government produced most of the materials - approximately 17,000 pages of supplemental discovery - to defense counsel during the week of February 3, 2025.

6. Due to the terms of the protective order, all defense counsel, or an approved member of defense counsel staff, must be present during review of the discovery materials with their respective clients.  This is true even with Defendants released on pre-trial conditions.  Because counsel or a defense staff member must be present and in

ORDER CONTINUING STATUS CONFERENCE

control of the protected discovery materials at all times, preparation meetings must be conducted in person.

7. Defendants Phan and Godinez are in pre-trial custody at the Butte County Jail in Oroville, California. Oroville is approximately sixty-five miles from the federal courthouse in Sacramento. Attorney travel for client visits is therefore a necessary part of discovery review and defense preparation for Defendants Phan and Godinez in this case.

8. All defense counsel require additional time to continue their review of discovery materials with their respective clients and to conduct defense investigation tasks stemming from them.

9. Given the continuing defense review of the discovery materials and investigation of matters related to them, Defendants request to continue the status conference to February 24, 2025, to May 5, 2025. They further move to exclude time between February 24, 2025, and May 5, 2025, inclusive, pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(ii) and (iv) [Local Codes T-2 and T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the case is complex and that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial. The government does not oppose the request.

10. All defense counsel represent and believe that failure to grant additional time as requested would deny Defendants the reasonable time necessary for effective preparation, considering the exercise of due diligence.

ORDER CONTINUING STATUS CONFERENCE

11. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 24, 2025 to May 5, 2025, inclusive, is deemed excludable pursuant 18 U.S.C. § 3161(h)(7)(A), and (B)(ii) and (iv) [Local Codes T-2 and T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the case is complex and that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

12. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Ross Pearson on behalf of Plaintiff United States of America, Attorney Michael Hansen on behalf of Defendant Antonio Vigil, Attorney Vivian Ann Mejia on behalf of Defendant Eduardo Martinez, Attorney Martin Jones on behalf of Defendant Jose Sergio Godinez, Attorney Shari Rusk on behalf of Defendant Alfredo Albor, Jr., Attorney Toni White on behalf of Defendant Jose Federico Angulo Berrera, Attorney Robert Darrohn on behalf of Defendant Ernie Hernandez, Attorney Jeffrey Elliott on behalf of Defendant Albaro Alberto Gonzalez Moreno, Attorney Danica Mazenko on behalf of Defendant Dulce Guadalupe Medina, Attorney Etan Zaitsu on behalf of Defendant Victor Calderon, and Attorney Kyle Knapp on behalf of Defendant Jesus Suarez, have reviewed this stipulation and proposed order and authorized Todd Leras via email to sign it on behalf of their respective clients.

ORDER CONTINUING STATUS CONFERENCE

| | |
|---|---|
| DATED:  February 17, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>By   */s/ Todd D. Leras for*<br>    ROSS PEARSON<br>    Assistant United States Attorney |
| DATED: February 18, 2025 | By   */s/ Todd D. Leras for*<br>    MICHAEL E. HANSEN<br>    Attorney for Defendant<br>    ANTONIO VIGIL |
| DATED:  February 17, 2025 | By   */s/ Todd D. Leras for*<br>    VIVIAN ANN MEJIA<br>    Attorney for Defendant<br>    EDUARDO MARTINEZ |
| DATED:  February 17, 2025 | By   */s/ Todd D. Leras*<br>    Attorney for Defendant<br>    ANTHONY PHAN |
| DATED:  February 18, 2025 | By   */s/ Todd D. Leras for*<br>    MARTIN A. JONES<br>    Attorney for Defendant<br>    JOSE SERGIO GODINEZ |
| DATED:  February 17, 2025 | By   */s/ Todd D. Leras for*<br>    SHARI G. RUSK<br>    Attorney for Defendant<br>    ALFREDO ALBOR, JR. |
| DATED:  February 17, 2025 | By   */s/ Todd D. Leras for*<br>    TONI L. WHITE<br>    Attorney for Defendant<br>    JOSE ANGULO BARRERA |

ORDER CONTINUING STATUS CONFERENCE

DATED: February 17, 2025

By   */s/ Todd D. Leras for*
    ROBERT DARROHN
    Attorney for Defendant
    ERNIE HERNANDEZ

DATED: February 18, 2025

By   */s/ Todd D. Leras for*
    JEFFREY E. ELLIOTT
    Attorney for Defendant
    ALBARO GONZALEZ MORENO

DATED: February 17, 2025

By   */s/ Todd D. Leras for*
    DANICA MAZENKO
    Attorney for Defendant
    DULCE MEDINA

DATED: February 17, 2025

By   */s/ Todd D. Leras for*
    ETAN ZAITSU
    Attorney for Defendant
    VICTOR CALDERON

DATED: February 17, 2025

By   */s/ Todd D. Leras for*
    KYLE R. KNAPP
    Attorney for Defendant
    JESUS SUAREZ

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, and good cause appearing, it is hereby ordered that the status conference in this matter, scheduled for February 24, 2025, is vacated. A new status conference is scheduled for May 5, 2025, at 9:30 a.m. The Court further finds, based on the representations of the parties and the request of all defense counsel, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv) and Local Codes T-2 and T-4, to allow necessary attorney preparation taking into consideration case complexity and the exercise of due diligence for the period from February 24, 2025, up to and including May 5, 2025.

IT IS SO ORDERED.

Dated: **February 19, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE