**SHARI RUSK**
Attorney at Law
P.O. Box 188945
Sacramento, CA 95818
Telephone: (916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant
ALFREDO ALBOR, JR.**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>         vs.<br><br>ALREDO ALBOR, JR, et. al.<br>          Defendants | **No.** 2:24-cr-00065 DAD<br><br>  Court: Hon. Dale A. Drozd<br>  Time: 9:30 a.m.<br>  Date: August 18, 2025<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS** |

**STIPULATION**

The United States of America, by and through its counsel of record, Assistant United States Attorney Ross Pearson, together with the Defendants named in the above caption, by and through their counsel of record (hereafter "the parties"), hereby stipulate as follows:

1. This case began with the filing of a Complaint against defendants Antonio Vigil and Eduardo Martinez on March 6, 2024. Dkt. 1, Mar. 6. Indictment and Arraignment followed on a few weeks later. Dkt. 1, Mar. 21; Dkt. 3, Mar. 26. The government filed two more Complaints on June 20, 2024, naming the other 10 defendants in this case. Dkt 7, Jun. 20. The

Superseding Indictment filed June 27, 2024, names all defendants together in the same charging document. Dkt. 26.

2. The defendants were arraigned on the charges in the Superseding Indictment on July 3, 2024. Dkt. 40.

3. The Court set the current Status Conference on May 5, 2025.

4. The parties now stipulate and move to continue the status conference to August 18, 2025, and that date is available with the Court. The parties stipulate and agree to exclude time between May 5, 2025, and August 18, 2025, under Local Code 4

In support of this request, the parties agree and stipulate, and request that the Court find the following:

a) The government has produced three terabytes of discovery containing thousands of pages, including law enforcement reports, lab reports, search warrants, photographs, and recordings.

b) The parties also agree that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendants in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO STIPULATED.
Respectfully submitted,

Dated: April 28, 2025         /s/ SHARI G. RUSK and JOHN BALAZS
                              SHARI G. RUSK
                              JOHN BALAZS
                              Attorneys for Defendant
                              ALFREDO ALBOR

/s/ Etan Zaitsu
ETAN ZAITSU
Attorney for Defendant
VICTOR CALDERON

/s/ TODD DAVID LERAS
TODD DAVID LERAS
Attorney for Defendant
ANTHONY PHAN

/s/ MARTIN A. JONES
MARTIN A. JONES
Attorney for Defendant
JOSE SERGIO GODINEZ

/s/ TONI LASHAY WHITE
TONI LASHAY WHITE
Attorney for Defendant
JOSE FEDERICO ANGULO BARRERA

/s/ ROBERT DARROHN
ROBERT DARROHN
Attorney for Defendant
ERNIE HERNANDEZ

/s/ JEFFREY EUGENE ELLIOTT
JEFFREY EUGENE ELLIOTT
Attorney for Defendant
ALBARO ALBERTO GONZALEZ MORENO

/s/ DANICA MAZENKO
DANICA MAZENKO
Attorney for Defendant
DULCE GUADALUPE MEDINA

/s/VIVIAN A. MEJIA
VIVIAN A. MEJIA
Counsel for Defendant
EDUARDO MARTINEZ

/s/ JULISSA ECHEVERRIA

```
                                JULISSA ECHEVERRIA
                                Counsel for Defendant
                                ANTONIO VIGIL

                                s/ KYLE RODGER KNAPP
                                KYLE RODGER KNAPP
                                Counsel for Defendant
                                JESUS SUAREZ

                                 /s/ CHRISTOPHER RICHARD COSCA
                                CHRISTOPHER RICHARD COSCA
                                Counsel for Defendant
                                JACOB WESLEY BLACKWOOD

                                MICHELLE BECKWITH
                                Acting United States Attorney
                                /s/ ROSS PEARSON
                                ROSS PEARSON
                                Assistant United States Attorney
```

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference in this case is continued to August 18, 2025, at 9:30 a.m. Time is excluded between May 5, 2025, and August 18, 2025, inclusive, under Local Code T4.

IT IS SO ORDERED.

Dated: **April 28, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE