Michael E. Hansen [SBN 191737]
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for ANTONIO VIGIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ANTONIO VIGIL,<br><br>　　Defendant. | No. 2:24-00065 DAD<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR TRAVEL TO ATTEND FAMILY MEMBER'S FUNERAL SERVICES** |

　　Defendant Antonio Vigil moves the Court to allow him to travel to attend the services and funeral of Rafael Albor, his second cousin.  His cousin died suddenly on June 14, 2025.  The travel will occur on June 23, 2025.  The request is that Mr. Vigil be released from Colusa County Jail into the custody of CJA private investigator Martin Whited, from approximately 7:00 a.m. to 4:00 p.m.

　　The government and pretrial services are not opposed to the temporary release.

　　The 9:30 a.m. service will take place at Saint Frances of Rome Church, 2827 Topeka St., Riverbank, CA.  The burial will take place after the service at Lakewood Funeral Home and Memorial Park, 900 Sante Fe Ave., Hughson, CA, about 20 miles from the church.

　　Mr. Whited will take custody of the defendant and drive him to the church and will attend the service with Mr. Vigil.  Whited will then drive Mr. Vigil to the burial and attend with Mr. Vigil. Mr. Whited will have eyes on the defendant the entire time while in his custody.  The

**Defendant's Motion for Temporary Release**

mileage from Colusa County Jail to the residence is approximately 140 miles.  Travel time to and from the visit will take up to 6 hours.

Dated:  June 19, 2025.                           Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
ANTONIO VIGIL

**Defendant's Motion for Temporary Release**

Michael E. Hansen [SBN 191737]
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for ANTONIO VIGIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTONIO VIGIL,<br><br>    Defendant. | No. 2:24-00065 DAD<br><br>**DEFENDANT'S ORDER FOR RELEASE FROM CUSTODY TO ATTEND FAMILY MEMBER'S FUNERAL SERVICES** |
|---|---|

IT IS HEREBY ORDERED THAT private investigator Martin Whited pick-up Mr. Antonio Vigil, from the Colusa County jail at 929 Bridge Street, Colusa, CA, at 7:00 a.m. on June 23, 2025, and return Mr. Vigil to the Colusa County jail at 929 Bridge Street, Colusa, CA by 5:00 p.m. on the same day.

IT IS FURTHER ORDERED THAT investigator Martin Whited drive defendant Antonio Vigil directly to Saint Frances of Rome Church, 2827 Topeka St., Riverbank, CA, and subsequently the burial service at Lakewood Funeral Home and Memorial Park, 900 Sante Fe Ave., Hughson, CA, about 20 miles from the church.

IT IS FURTHER ORDERED that Antonio Vigil always be in the company of investigator Martin Whited until Antonio Vigil is returned to the Colusa County jail.

**Defendant's Motion for Temporary Release**

IT IS FURTHER ORDERED that Antonio Vigil consume no alcohol or drugs at any time on June 23, 2025.

IT IS SO FOUND AND ORDERED on this date, June 20, 2025.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**Defendant's Motion for Temporary Release**