UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 23, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ANTONIO VIGIL,

    Defendant.

Case No. 2:24-cr-00065-DAD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANTONIO VIGIL ,

Case No.  2:24-cr-00065-DAD , Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        (Other):  The defendant is released to the custody of Martin Whited, private investigator. The defendant is ordered to return to the Colusa County Jail at 929 Bridge Street, Colusa, CA by 5:00 PM.

Issued at Sacramento, California on June 23, 2025 at 8:00 AM.

By: *Allison Claire*

Magistrate Judge Allison Claire