Michael E. Hansen [SBN 191737]
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for ANTONIO VIGIL

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ANTONIO VIGIL,<br><br>　　　Defendant. | No. 2:24-00065 DAD<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR TRAVEL TO VISIT TERMINALLY ILL FATHER** |

Defendant Antonio Vigil moves the Court to allow him to travel to visit his father, Antonio Vigil, Sr.  His father is diagnosed with terminal cancer and is not expected to live for more than a few months.  The travel will occur on March 12, 2026.  The request is that Mr. Vigil be released from Colusa County Jail into the custody of CJA private investigator Martin Whited, from approximately 8:00 a.m. to 5:00 p.m.

The government and pretrial services are not opposed to the temporary release.

The father is in hospice at his home at 3725 Arizona Avenue, Riverbank, CA.  Mr. Whited will take custody of the defendant and drive him to his father's house.  Mr. Whited will have eyes on the defendant the entire time while in his custody.  The mileage from Colusa County Jail to the residence is approximately 140 miles.  Travel time to and from the visit will take up to 6 hours.

1

**Defendant's Motion for Temporary Release**

Dated:  March 4, 2026.                    Respectfully submitted,

                                          /s/ Michael E. Hansen
                                          MICHAEL E. HANSEN
                                          Attorney for Defendant
                                          ANTONIO VIGIL

**Defendant's Motion for Temporary Release**

Michael E. Hansen [SBN 191737]
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for ANTONIO VIGIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTONIO VIGIL,<br><br>    Defendant. | No. 2:24-00065 DAD<br><br>**DEFENDANT'S ORDER FOR RELEASE FROM CUSTODY TO VISIT TERMINALLY ILL FATHER** |

IT IS HEREBY ORDERED THAT private investigator Martin Whited pick-up Mr. Antonio Vigil, from the Colusa County jail at 929 Bridge Street, Colusa, CA, at 8:00 a.m. on March 12, 2026, and return Mr. Vigil to the Colusa County jail at 929 Bridge Street, Colusa, CA by 5:00 p.m. on the same day.

IT IS FURTHER ORDERED THAT investigator Martin Whited drive defendant Antonio Vigil directly to 3725 Arizona Avenue, Riverbank, CA, to visit his terminally ill father.

IT IS FURTHER ORDERED that Antonio Vigil always be in the company of investigator Martin Whited until Antonio Vigil is returned to the Colusa County jail.

IT IS FURTHER ORDERED that Antonio Vigil consume no alcohol or drugs at any time on March 12, 2026.

3

**Defendant's Motion for Temporary Release**

IT IS SO FOUND AND ORDERED on this date, March 5, 2026.

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

**Defendant's Motion for Temporary Release**