UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

March 5, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

ANTONIO VIGIL

      Defendant.

Case No.  2:24-cr-00065-DAD

**ORDER FOR TEMPORARY
RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANTONIO VIGIL,

Case No.  2:24-cr-00065-DAD , Charge Title 21, U.S.C. § 846, 841(a)(1), from custody

for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

      _____ Unsecured Appearance Bond $ _____

      _____ Appearance Bond with 10% Deposit

      _____ Appearance Bond with Surety

      _____ Corporate Surety Bail Bond

      (Other):  Defendant to be released from Colusa County Jail into the

    X  custody of CJA private investigator Martin Whited from

      approximately 8:00 AM to 5:00 PM on March 12, 2026.

Issued at Sacramento, California on March 5, 2026, at   4:50 PM

By: _____

Magistrate Judge Chi Soo Kim